disbursements, and motion denied, with $10 costs, and the attachment reinstated. Order filed.

In re WOODBINE ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) In the matter of the application of the City of New York relative to acquiring title, etc., for the opening and extending of Woodbine Street, from Knickerbocker Avenue to Irving Avenue, etc. No opinion. Motion granted, without costs. See, also, 152 N. Y. Supp. 1151.

In re WOODBINE ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) In the matter of the application of the City of New York relative to acquiring title, etc., to the lands, etc., required for opening and extending Woodbine Street, etc. No opinion. Motion to dismiss appeal denied. See also, 152 N. Y. Supp. 1151.

WRIGHT, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by George W. Wright against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment and order affirmed, with costs.

YELLOW PINE CO., Respondent, v. KELLY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 1, 1915.) Action by the Yellow Pine Company against John A. Kelly and another. No opinion. Judgment and order unanimously affirmed, with costs.

ZELINSKI, Appellant, v. NEW YORK, C. & ST. L. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by Mary Zelinski, as administratrix, etc., against the New York, Chicago & St. Louis Railroad Company. No opinion. Judgment affirmed, with costs.

ZORN, Respondent, v. PENDLETON, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Sarah Zorn against Edwin S. Pendleton. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 163 App. Div. 973, 148 N. Y. Supp. 1151.

ZORN, Respondent, v. PENDLETON, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Theodore Zorn, an infant, etc., against Edwin S. Pendleton. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 148 N. Y. Supp. 370.

ALFRED MARKS REALTY CO. v. GWILLIAM CO. (Supreme Court, Appellate Term, Second Department. March 27, 1915.) PER CURIAM. Judgment reversed, and a new trial ordered, with costs to abide the event. Case set for trial April 15, 1915.

ALFRED MARKS REALTY CO. v. GEORGE RECTOR, Inc. (Supreme Court, Appellate Term, Second Department. March 27, 1915.) PER CURIAM. Judgment reversed, and a new trial ordered, with costs to abide the event, upon the authority of Same Plaintiff v. Gwilliam Co., supra, decided herewith. Case set for trial April 15, 1915.

ASPEGREN et al., Appellants, v. SEGGERMAN BROS., Inc., Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Adolf Aspegren and another against Seggerman Bros., Incorporated. J. A. Arnold, of New York City, for appellants. H. M. Hitchings, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

ASPEGREN et al., Appellants, v. SEGGERMAN BROS., Inc., Respondent. (Supreme Court, Appellate Division, First Department, December 11, 1914.) Action by Adolf Aspegren and another against Seggerman Bros., Incorporated. J. A. Arnold, of New York City, for appellants. H. M. Hitchings, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMITH v. FIRST NAT. BANK OF ALBANY et al. (Supreme Court, Appellate Division, Third Department. July, 1914.) Action by Frank G. Smith against the First National Bank of Albany, N. Y., and others. See, also, 151 App. Div. 317, 135 N. Y. Supp. 985. PER CURIAM. Order denying motion for extra allowance affirmed, without costs. Judgment unanimously affirmed with costs. HOWARD, J. This court disapproves of all findings of fact to the effect that the Gaspereaux property was pledged to secure the individual debts of the Pattons, or either of them, and to the effect that Henry Patton was given authority by the plaintiff to pledge the property for the payment of the notes of Henry Patton and Mary S. Patton, and to the effect that the Patton notes were used to the joint interest of Smith and Patton. This court specifically disapproves of the fifth, seventh, and thirty-second proposed findings submitted by the defendant bank and found by the trial court; also the ninth proposed finding presented by the defendant Henry Patton and found by the trial court.

END OF CASES IN VOL. 152

*